UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

IN RE:  
Michael Byron Feagins  
Cathy Ann Feagins,

DEBTORS.

CHAPTER 13

CASE # 19-04034

## NOTICE OF MOTION AND OPPORTUNITY FOR HEARING

TAKE NOTICE that the above named debtor(s) filed a Motion for Moratorium.

A copy of the Motion for Moratorium accompanies this notice.

TAKE FURTHER NOTICE that any response, return and/or objection to the motion, should be filed with the Clerk of the Bankruptcy Court no later than **21 days from the date of service of the Motion** and a copy simultaneously served on all parties in interest.

TAKE FURTHER NOTICE that no hearing will be held on the motion unless a response, return and/or objection is timely filed and served, in which case, the Court will conduct a hearing on **July 28**, 2021 at **10:30** a.m., at **201 Magnolia Street, Spartanburg SC 29306.**

Dated the **15th** day of **June**, 2021.

Mitchell C. Payne, #4381  
Attorney for Debtor(s)  
Payne & Black, LLC.  
Post Office Box 10352  
Rock Hill, SC 29731-0671  
Telephone (803) 329-8656  
Fax (803) 325-2973

FILE OBJECTION WITH:

U.S. Bankruptcy Court  
1100 Laurel Street  
Columbia, SC 29202

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: )
Michael Byron Feagins ) Case No. 19-04034
Cathy Ann Feagins )
) **APPLICATION FOR MORATORIUM**
Debtors. )
)

    Michael Byron Feagins and Cathy Ann Feagins, the above-captioned Debtors, hereby move before the Court for a Moratorium for payments to the Trustee for a period of two months, being July 2021 and August 2021. The grounds for this application is that the Debtor has just been notified that he will no longer be receiving his long term disability and he is currently unbale to return to work. During this time the Debtors are requesting a moratorium. The Debtors expect to have the funds available to resume payments in September, 2021.

Payne & Black, LLC

  /s/: Mitchell C. Payne
Mitchell C Payne, #4381
Attorney for Debtor
P.O. Box 10352
Rock Hill, SC 29731
(803) 329-8656

_June 15_____, 2021
Rock Hill, South Carolina

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

IN RE: )
Michael Byron Feagins )      Case No. 19-04034
Cathy Ann Feagins, )
)      **AFFIDAVIT OF MAILING**
Debtors. )
)

PERSONALLY appeared before me Lori Rowland Hall, who being duly sworn, deposes and says that she mailed a copy of the NOTICE and APPLICATION FOR MORATORIUM in connection with the above-captioned matter to the attached list of creditors by depositing same in the Post Office, postage prepaid at Rock Hill, South Carolina, where there is regular communication by mail on the 15th day of June, 2021.

_____
Lori Rowland Hall
Payne & Black, LLC

SWORN to before me this 15th
day of June, 2021.

_____
Notary Public for S.C.
My Commission Expires: 4/20/31

```
Label Matrix for local noticing          Synchrony Bank                           J. Bratton Davis United States
0420-7                                   c/o PRA Receivables Management, LLC      Bankruptcy Courthouse
Case 19-04034-hb                         PO Box 41021                             1100 Laurel Street
District of South Carolina               Norfolk, VA 23541-1021                   Columbia, SC 29201-2423
Spartanburg
Wed Aug 14 17:53:34 EDT 2019

Ace Cash Express                         Atrium Health                            Capital One
2103 Cherry Road                         Po Box 2090                              PO Box 85167
Rock Hill SC 29732-2161                  Morrisville NC 27560-2090                Richmond VA 23285-5167


Capital One                              Carolina Asthma & Allergy Center         Chrysler Capital
Po Box 71083                             2600 E 7th Street                        Attn: Bankruptcy Dept
Charlotte NC 28272-1083                  Suite A                                  P.O. Box 961278
                                         Charlotte NC 28204-4398                  Fort Worth TX 76161-0278


Chrysler Capital                         Credit One Bank                          Internal Revenue Service
PO Box 961275                            Po Box 60500                             PO Box 7346
Fort Worth, TX 76161-0275                City Of Industry CA 91716-0500           Philadelphia PA 19101-7346


Lakeview Loan Servcing                   Mecklenburg Radiology Associates         Mr. Cooper
3637 Sentara Way                         Po Box 603828                            8950 Cypress Waters Blvd
Virginia Beach VA 23452-4262             Charlotte NC 28260-3828                  Coppell TX 75019-4620


NC Department of Revenue                 National Credit Systems                  Novant Health
500 W Trade Street                       Po Box 312125                            Po Box 11549
Suite 446                                Atlanta GA 31131-2125                    Winston Salem NC 27116-1549
Charlotte NC 28202-1334


Novant Health                            OneMain                                  PRA Receivables Management, LLC
Po Box 1259                              572 John Ross Pkwy                       PO Box 41021
Dept. 130626                             Suite 103                                Norfolk, VA 23541-1021
Oaks PA 19456-1259                       Rock Hill SC 29730-8975


Presbyterian Huntersville                QVC                                      SC Department of Revenue & Taxation
2424 Northgate Drive                     Po Box 530905                            P.O. Box 12265
Suite 100                                Atlanta GA 30353-0905                    Columbia SC 29211-2265
Salisbury MD 21801-7888


Synchrony Bank                           Total Visa                               Truliant FCU
Po Box 965020                            Po Box 91510                             Po Box 26050
Orlando FL 32896-5020                    Sioux Falls SD 57109-1510                Winston Salem NC 27114-6050


USAA                                     Wakefield & Associates                   Wells Fargo
Po Box 65020                             409 Bearden Park Circle                  127 S Herlong Avenue
San Antonio TX 78265-5020                Knoxville TN 37919-7448                  Rock Hill SC 29732-1100
```

```
Wells Fargo                              loanDepot                           Cathy Ann Feagins
Po Box 1225                              Po Box 77404                        7166 Sonja Drive
Charlotte NC 28201-1225                  Trenton NJ 08628-6404               Clover, SC 29710-6935


Gretchen D. Holland                      Michael Byron Feagins               Mitchell C Payne
Ch. 13 Trustee Office                    7166 Sonja Drive                    Payne, Black & Pickelsimer, LLC
20 Roper Corners Circle, Suite C         Clover, SC 29710-6935               PO Box 10352
Greenville, SC 29615-4889                                                    Rock Hill, SC 29731-0352


US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201-2448
```

         The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Nationstar Mortgage LLC d/b/a Mr. Cooper      End of Label Matrix
                                                 Mailable recipients   36
                                                 Bypassed recipients    1
                                                 Total                 37
```