UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

                                                            Chapter 13

Michael Byron Feagins

Cathy Ann Feagins

        DEBTOR.                                 Case 19-04034

### DEBTOR'S OBJECTION TO MOTION

The Debtor(s), through counsel, hereby responds to the §362 Motion filed on behalf of Freedom Mortgage Corporation (Movant).

(✓) Upon information and belief, the property which is the subject of the motion has equity in it. Thus, the Movant is adequately protected.

( ) The Debtor has been making or is willing to bring the mortgage payments current and keep them current. Thus, the Movant is adequately protected.

(✓) Debtor objects to the requested relief and requests a hearing on the matter.

( ) _____
_____.

Wherefore, having fully responded, the Debtor respectfully requests that the request for relief be denied.

                                                    /s/: Mitchell C Payne
                                                    Mitchell C. Payne, I.D. #4381
                                                    Attorney for Debtor
                                                    P.O. Box 10352
                                                    Rock Hill SC 29731
                                                    (803) 329-8656

8/19 _____, 2022

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

                                                 Chapter 13

Michael Byron Feagins

Cathy Ann Feagins

       DEBTOR.                       Case 19-04034

CERTIFICATION OF FACTS

In the above-entitled proceeding, in which relief is sought from the automatic stay in accordance with U.S.C. Section 362, I do hereby certify to the best of my knowledge the following:

1. <u>Nature or Movant's Interest:</u>

   Secured Claim - mortgage on property

2. <u>Brief Description of Security Interest, copy attached ( if applicable) :</u>

   Note and Mortgage attached to Movant's Motion

3. <u>Description of Property Encumbered by Stay ( Include serial number, lot and block number, etc.)</u>

   The house and lot located at 7166 Sonja Drive, Clover SC 29710.

4. <u>Basis for Relief (property not necessary for reorganization, debtor has no equity, property not property of estate, etc.; include applicable subsection of Section 362):</u>

   Movant has requested relief pursuant to 11 U.S.C. 362 (d)(1) and (2). Debtor alleges there is adequate protection for the Movant's interest in the property.

5. <u>Prior Adjudication by Other Courts, copy attached (Decree of Foreclosure, Order for possession, Levy of execution, etc. if applicable):</u>

   None

6. <u>Valuation of Property, copy of valuation attached ( Appraisal, Blue Book, etc.):</u>

|   |   |
|---|---|
| Fair Market Value: | $ 303,000.00 |
| Liens: Movant's | $ 204,748.00 |
| Equity before Exemption | $ 98,252.00 |
| Source/Basis of Value | Zillow |

7. Amount of debtor's estimated equity (using figure from Paragraph 6, supra)    :

$ 98,252.00

/s/: Mitchell C. Payne
Mitchell C. Payne, Fed ID# 4381
P.O. Box 10352
Rock Hill SC 29731
(803)329-8656

Aug. 19, 2022

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

Chapter 13

Michael Byron Feagins

Cathy Ann Feagins

DEBTOR.    Case 19-04034

AFFIDAVIT OF MAILING

PERSONALLY appeared before me, Lori Rowland - Hall, who being duly sworn, deposes and says that she mailed a copy of the Debtor's Objection to Motion and Certification of Facts in the above captioned proceeding, depositing same in the Post Office, postage prepaid at Rock Hill, South Carolina, where there is regular communication by mail, and that the same was mailed on the __19th__ day of __August__, 2022 to:

Ashley Z. Stanley
Hutchens Law Firm LLP
P.O. Box 8237
Columbia SC 29210
Attorney for Movant

Gretchen D Holland, Trustee
Via CM/ECF

/s/ Lori Rowland - Hall
Lori Rowland Hall

SWORN to before me this
__19th__ day of __August__, 2022

_____
Notary Public for South Carolina
My Commission Expires 4/20/2031