UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

                                        Chapter 13

Michael Byron Feagins and

Cathy Ann Feagins,

       DEBTOR.                      Case No. 19-04034-hb


**DEBTOR'S OBJECTION TO MOTION**

The Debtor(s), through counsel, hereby responds to the §362 Motion filed on behalf of Freedom Mortgage Corporation (Movant).

( )    Upon information and belief, the property which is the subject of the motion has equity in it. Thus, the Movant is adequately protected.

(X)    The Debtor has been making or is willing to bring the mortgage payments current and keep them current. Thus, the Movant is adequately protected.

(X)    Debtor objects to the requested relief and requests a hearing on the matter.

( )    _____

Wherefore, having fully responded, the Debtor respectfully requests that the request for relief be denied.

                                                       /s/: Mitchell C Payne
                                                       Mitchell C. Payne, I.D. #4381
                                                       Attorney for Debtor
                                                       P.O. Box 10352
                                                       Rock Hill SC 29731
                                                       (803) 329-8656

September 16, 2024

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF SOUTH CAROLINA

IN RE:

                                      Chapter 13

Michael Byron Feagins and

Cathy Ann Feagins,

      DEBTOR.                          Case No. 19-04034-hb

### AFFIDAVIT OF MAILING

PERSONALLY appeared before me, Varsha S. Maigur, who being duly sworn, deposes and says that she mailed a copy of the Debtor's Objection to Motion in the above captioned proceeding, depositing same in the Post Office, postage prepaid at Rock Hill, South Carolina, where there is regular communication by mail, and that the same was mailed on the 16th day of September, 2024 to:

        Joshua R. McGlone
        Brock & Scott, PLLC
        3825 Forrestgate Drive
        Winston Salem, NC 27103
        Attorney for Movant

        Gretchen D Holland, Trustee
        Via CM/ECF

        /s/: Varsha S. Maigur
        Varsha S. Maigur

SWORN to before me this
16th day of September, 2024.

Notary Public for South Carolina
My Commission Expires: 4/20/2031