**950BNC**

# United States Bankruptcy Court
## District of South Carolina

Case Number: 19–04034–hb                                      Chapter: 13

**In re:**

Michael Byron Feagins                                          Cathy Ann Feagins

| Entered By The Court 10/2/24 | **ORDER** | **Filed By The Court** 10/2/24 Lauren T Maxwell Clerk of Court US Bankruptcy Court |
|---|---|---|

Order Granting Request to Continue hearing on 362 Motion of Freedom Mortgage Corporation filed 9/5/2024. . The Matter is Continued. AND IT IS SO ORDERED. Signed by: Chief Judge Helen E. Burris, US Bankruptcy Court – District of South Carolina (related document(s)56, [62]). Hearing scheduled for 11/13/2024 at 11:00 AM at Greenville. The case judge is Helen E. Burris.

*/s/ Helen E. Burris*

Helen E. Burris
Chief United States Bankruptcy Judge