**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Michael Byron Feagins |
| Debtor 2 (Spouse, if filing) | Cathy Ann Feagins |
| Unites States Bankruptcy Court for the: | District of South Carolina (State) |
| Case Number: | 19-04034-hb |

# Form 4100N
# Notice of Final Cure Payment         10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

## Part 1: Mortgage Information

**Name of creditor:** Freedom Mortgage Corporation

**Court claim no.** (if known): 8

**Last 4 digits** of any number you use to identify the debtor's account: 7 0 5 9

**Property Address:** 7166 Sonja Drive
Clover, SC  29710

## Part 2: Cure Amount

| Total cure disbursments made by the trustee: | | Amount |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 3,213.12 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 3,213.12 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | -0- |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | -0- |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 3,213.12 |

## Part 3: Postpetition Mortgage Payment

*Check one*

☐ Mortgage is paid through the trustee.

   Current monthly mortgage payment                                           $ _____

   The next postpetition payment is due on  ___/___/_____
                                                                  MM / DD / YYYY

☒ Mortgage is paid directly by the debtor(s).

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Byron Feagins** | Case number *(if known)* | **19-04034-hb** |
| | Name | | |

### Part 4: A Response Is Required By Bankruptcy Rule 3002.1(g)

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

x /s/ Gretchen D. Holland
Signature

Date  10/25/2024

Trustee     Gretchen D. Holland

Address    3449 Pelham Rd Ste C
           Greenville, SC  29615-4104

Contact phone  (864) 242-0314         Email  ecf@upstate13.com

| Debtor 1 | **Michael Byron Feagins** | Case number *(if known)* | **19-04034-hb** |
|---|---|---|---|
| | Name | | |

## History Of Payments

**Part 2 - b**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---|
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 01/03/2020 | 0717924 | Amount Disbursed To Credit | 227.38 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 02/07/2020 | 0719475 | Amount Disbursed To Credit | 47.70 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 03/06/2020 | 0720999 | Amount Disbursed To Credit | 38.44 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 04/03/2020 | 0722522 | Amount Disbursed To Credit | 56.49 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 04/28/2020 | 0000000 | Refund From Creditor/Princi | -56.49 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 05/01/2020 | 0723976 | Amount Disbursed To Credit | 113.41 |
| 2 | Nationstar Mortgage LLC D/B/A | Arrearage | 05/19/2020 | 0000000 | Refund From Creditor/Princi | -113.41 |
| 2 | Freedom Mortgage Corporation | Arrearage | 08/07/2020 | 0728090 | Amount Disbursed To Credit | 282.55 |
| 2 | Freedom Mortgage Corporation | Arrearage | 09/04/2020 | 0729541 | Amount Disbursed To Credit | 55.84 |
| 2 | Freedom Mortgage Corporation | Arrearage | 11/06/2020 | 0732394 | Amount Disbursed To Credit | 108.15 |
| 2 | Freedom Mortgage Corporation | Arrearage | 01/06/2021 | 0735283 | Amount Disbursed To Credit | 108.10 |
| 2 | Freedom Mortgage Corporation | Arrearage | 02/05/2021 | 0736768 | Amount Disbursed To Credit | 117.32 |
| 2 | Freedom Mortgage Corporation | Arrearage | 03/05/2021 | 0738225 | Amount Disbursed To Credit | 116.86 |
| 2 | Freedom Mortgage Corporation | Arrearage | 04/01/2021 | 0739688 | Amount Disbursed To Credit | 116.40 |
| 2 | Freedom Mortgage Corporation | Arrearage | 05/07/2021 | 0741178 | Amount Disbursed To Credit | 115.93 |
| 2 | Freedom Mortgage Corporation | Arrearage | 06/04/2021 | 0742692 | Amount Disbursed To Credit | 115.47 |
| 2 | Freedom Mortgage Corporation | Arrearage | 07/02/2021 | 0744074 | Amount Disbursed To Credit | 121.40 |
| 2 | Freedom Mortgage Corporation | Arrearage | 08/06/2021 | 0745484 | Amount Disbursed To Credit | 118.72 |
| 2 | Freedom Mortgage Corporation | Arrearage | 09/03/2021 | 0746943 | Amount Disbursed To Credit | 118.25 |
| 2 | Freedom Mortgage Corporation | Arrearage | 10/01/2021 | 0748478 | Amount Disbursed To Credit | 117.78 |
| 2 | Freedom Mortgage Corporation | Arrearage | 12/03/2021 | 0751448 | Amount Disbursed To Credit | 105.99 |
| 2 | Freedom Mortgage Corporation | Arrearage | 01/07/2022 | 0752764 | Amount Disbursed To Credit | 112.74 |
| 2 | Freedom Mortgage Corporation | Arrearage | 02/04/2022 | 0754096 | Amount Disbursed To Credit | 112.29 |
| 2 | Freedom Mortgage Corporation | Arrearage | 03/04/2022 | 0755347 | Amount Disbursed To Credit | 109.80 |
| 2 | Freedom Mortgage Corporation | Arrearage | 04/01/2022 | 0756602 | Amount Disbursed To Credit | 111.39 |
| 2 | Freedom Mortgage Corporation | Arrearage | 05/06/2022 | 0757937 | Amount Disbursed To Credit | 110.94 |
| 2 | Freedom Mortgage Corporation | Arrearage | 06/03/2022 | 0759283 | Amount Disbursed To Credit | 110.49 |
| 2 | Freedom Mortgage Corporation | Arrearage | 07/01/2022 | 0760523 | Amount Disbursed To Credit | 107.04 |
| 2 | Freedom Mortgage Corporation | Arrearage | 08/05/2022 | 0761732 | Amount Disbursed To Credit | 106.61 |
| 2 | Freedom Mortgage Corporation | Arrearage | 09/02/2022 | 0763014 | Amount Disbursed To Credit | 106.18 |
| 2 | Freedom Mortgage Corporation | Arrearage | 10/07/2022 | 0764496 | Amount Disbursed To Credit | 105.76 |
| 2 | Freedom Mortgage Corporation | Arrearage | 11/04/2022 | 0765753 | Amount Disbursed To Credit | 87.60 |

**Total for Part 2 - b:**     **3,213.12**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael Byron Feagins** | Case number *(if known)* | **19-04034-hb** |
| | Name | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by first-class U.S. Mail on this 25th day of October.

Michael Byron Feagins, Cathy Ann Feagins, 7166 Sonja Drive, Clover, SC  29710

Mitchell C. Payne, Esq., Payne & Black, LLC, PO Box 10352, Rock Hill, SC  29731

Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN  46037-7939

HUTCHENS LAW FIRM, 240 STONERIDGE DRIVE SUITE 400, COLUMBIA, SC  29210

Brock and Scott PLLC, 3825 Forrestgate Drive, Winston Salem, NC  27103

Date: <u>10/25/2024</u>

/s/ Gretchen D. Holland
Gretchen D. Holland
Chapter 13 Trustee
3449 Pelham Rd Ste C
Greenville, SC  29615-4104